DANIEL MANRIQUEZ K-7858)
SHU-C-2-CELL 218
P.O. BOX 7500
CRESCENT CITY, CA 95531

FILED
08 MAY 12 PM 3:03
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL MANRIQUEZ
            Plaintiff,

vs.                                  CASE NO. CV 08 2427 MHP

JAMES TILTON et al.,                 PRISONER'S
                                     APPLICATION TO PROCEED
                                     IN FORMA PAUPERIS

            Defendants.

(PR)

I, DANIEL MANRIQUEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____N/A_____

Employer: _____"_____        _____"_____
          _____"_____        _____"_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _IVE BEEN INCARSERATED FOR 12½ YEARS._
5  _____
6  _____
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or           Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,        Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                    Yes ___ No ✓
14     d.   Pensions, annuities, or           Yes ___ No ___
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____
23 3.  Are you married?                       Yes ___ No ✓
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: ___"_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____N/A_____ Net $_____N/A_____
28 4.  a.  List amount you contribute to your spouse's support:$ ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -2-

|   |   |
|---|---|
| 1 | b.  List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | _____N/A_____ |
| 6 | _____ |
| 7 | 5.  Do you own or are you buying a home?     Yes ___ No ✓ |
| 8 | Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____ |
| 9 | 6.  Do you own an automobile?     Yes ___ No ✓ |
| 10 | Make _____N/A__ Year ____N/A____ Model ___N/A___ |
| 11 | Is it financed? Yes _____ No ___✓___ If so, Total due: $ ____٦٦____ |
| 12 | Monthly Payment: $ _____N/A_____ |
| 13 | 7.  Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.) |
| 14 | Name(s) and address(es) of bank: _____ |
| 15 | _____ |
| 16 | Present balance(s): $ _____N/A_____ |
| 17 | Do you own any cash? Yes ___ No ___ Amount: $ (see attached) |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.) Yes ___ No ___ |
| 20 | _____ |
| 21 | 8.  What are your monthly expenses? |
| 22 | Rent: $ _____ Utilities: _____ |
| 23 | Food: $ __45.00_____ Clothing: _____ |
| 24 | Charge Accounts: |
| 25 | Name of Account          Monthly Payment          Total Owed on This Acct. |
| 26 | ____N/A____   $ ____N/A____   $ ____N/A____ |
| 27 | ____٦٦____   $ ____٦٦____   $ ____٦٦____ |
| 28 | ____٦٦____   $ ____N/A____   $ ____٦٦____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  I HAVE TO MAKE legal copies FOR CASES I HAVE pending And this one
4  I Also HAVE To Buy Hygine & writing Supplies
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  MANRIQUEZ V. PLILER - IN THIS district, it was Filed IN The
10 Superior court And Rendered moot once I won my Release.
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  4/14/08
17  DATE                              SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Daniel Manriquez K78581</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>41.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>110.99</u>.   (20%= $22.20)

Dated: 4/11/08                              _CWallace_____
                                            Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICER

```
REPORT ID: TS3030   .701                                    REPORT DATE: 04/11/08
                                                            PAGE NO:           1
```

```
REPORT ID: TS3030   .701                                    REPORT DATE: 04/11/08
                                                            PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCOUNT NUMBER : K78581                 BED/CELL NUMBER: CF02U 000000218L
ACCOUNT NAME   : MANRIQUEZ, DANIEL         ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY
```

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/11 | D300 | CASH DEPOSIT | 2525 | #111 | 50.00 | | 50.00 |
| 12/13 | D320 | TRUST FUNDS T | 2555 | COR | 43.17 | | 93.17 |
| 12/14 | D300 | CASH DEPOSIT | 2564 | #115 | 50.00 | | 143.17 |
| 12/20 | W501 | SHIPPING CHAR | 2665 | | | 12.79 | 130.38 |
| 12/20 | W517 | WRAP/S | 2665 | | | 0.50 | 129.88 |
| 12/24 | D320 | TRUST FUNDS T | 2686 | COR | 50.00 | | 179.88 |
| 12/24 | W516 | LEGAL COPY CH | 2688 | | | 3.80 | 176.08 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.41 | 175.67 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.41 | 175.26 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.58 | 174.68 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.58 | 174.10 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.41 | 173.69 |
| 12/24 | W512 | LEGAL POSTAGE | 2691 | | | 0.41 | 173.28 |
| 12/28 | W415 | CASH WITHDRAW | 2736 | CKREQ 283149314 | | 20.00 | 153.28 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | FC04 | DRAW-FAC 4 | 2813 | C2 | | 45.00 | 108.28 |
| 01/09 | W502 | POSTAGE CHARG | 2917 | | | 0.41 | 107.87 |
| 01/09 | W502 | POSTAGE CHARG | 2917 | | | 0.41 | 107.46 |
| 01/09 | W502 | POSTAGE CHARG | 2917 | | | 0.41 | 107.05 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 4.90 | 102.15 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 2.84 | 99.31 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 1.31 | 98.00 |
| 01/17 | W512 | LEGAL POSTAGE | 3049 | | | 0.75 | 97.25 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 96.84 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 96.43 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 96.02 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 95.61 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 95.20 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 94.79 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 94.38 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 93.97 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 93.56 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 93.15 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 92.74 |
| 01/17 | W502 | POSTAGE CHARG | 3062 | | | 0.41 | 92.33 |
| 01/17 | W512 | LEGAL POSTAGE | 3067 | | | 0.75 | 91.58 |
| 01/17 | W516 | LEGAL COPY CH | 3066 | | | 1.60 | 89.98 |
| 01/17 | W516 | LEGAL COPY CH | 3066 | | | 32.50 | 57.48 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 57.07 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 56.66 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 56.25 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 55.84 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701 REPORT DATE: 04/11/08
PAGE NO: 2

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCT: K78581 ACCT NAME: MANRIQUEZ, DANIEL ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 55.43 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 55.02 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 54.61 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 54.20 |
| 01/18 | W502 | POSTAGE CHARG | 3083 | | | 0.41 | 53.79 |
| 01/18 | W502 | POSTAGE CHARG | 3087 | | | 0.41 | 53.38 |
| 01/18 | W502 | POSTAGE CHARG | 3087 | | | 0.41 | 52.97 |
| 01/18 | W502 | POSTAGE CHARG | 3087 | | | 0.41 | 52.56 |
| 01/22 | W502 | POSTAGE CHARG | 3117 | | | 0.41 | 52.15 |
| 01/22 | W512 | LEGAL POSTAGE | 3128 | | | 1.48 | 50.67 |
| 01/22* | W502 | POSTAGE CHARG | 3126 | | | 0.41 | 50.26 |
| 01/22* | W502 | POSTAGE CHARG | 3126 | | | 0.41 | 49.85 |
| 01/24 | W501 | SHIPPING CHAR | 3164 | | | 8.08 | 41.77 |
| 01/24 | W517 | WRAP/S | 3164 | | | 0.50 | 41.27 |
| 01/24 | W502 | POSTAGE CHARG | 3174 | | | 0.41 | 40.86 |
| 01/24 | W502 | POSTAGE CHARG | 3181 | | | 0.26 | 40.60 |
| 01/25 | W502 | POSTAGE CHARG | 3197 | | | 0.41 | 40.19 |
| 01/25 | W512 | LEGAL POSTAGE | 3210 | | | 0.41 | 39.78 |
| 01/30 | D340 | EFT DEPOSIT | 3255 COR | | 100.00 | | 139.78 |
| 01/30 | W502 | POSTAGE CHARG | 3253 | | | 0.41 | 139.37 |
| 01/30 | W502 | POSTAGE CHARG | 3253 | | | 0.41 | 138.96 |
| 01/30 | W502 | POSTAGE CHARG | 3257 | | | 0.41 | 138.55 |
| 01/30 | W502 | POSTAGE CHARG | 3267 | | | 0.41 | 138.14 |
| 01/30 | W502 | POSTAGE CHARG | 3267 | | | 0.41 | 137.73 |
| 01/30 | W502 | POSTAGE CHARG | 3267 | | | 0.41 | 137.32 |
| 01/30 | W502 | POSTAGE CHARG | 3267 | | | 0.41 | 136.91 |
| 01/30 | W502 | POSTAGE CHARG | 3267 | | | 0.41 | 136.50 |
| 01/30* | DD39 | REV EFT DEPOS | 3271/3255 | | 45.00- | | 91.50 |
| 01/30 | D320 | TRUST FUNDS T | 3271 COR | | 100.00 | | 191.50 |
| 02/04 | FC04 | DRAW-FAC 4 | 3360 C-2 | | | 45.00 | 146.50 |
| 02/08 | D300 | CASH DEPOSIT | 3491 ML154 | | 50.00 | | 196.50 |
| 02/08 | DD39 | REV EFT DEPOS | 3515 /3255 | | 100.00- | | 96.50 |
| 02/08 | DD34 | EFT DEPOSIT O | 3515 /3255 | | 45.00 | | 141.50 |
| 02/14* | W512 | LEGAL POSTAGE | 3557 | | | 0.41 | 141.09 |
| 02/14 | W502 | POSTAGE CHARG | 3570 | | | 0.41 | 140.68 |
| 02/14 | W502 | POSTAGE CHARG | 3570 | | | 0.41 | 140.27 |
| 02/14 | W502 | POSTAGE CHARG | 3573 | | | 0.41 | 139.86 |
| 02/14 | W502 | POSTAGE CHARG | 3573 | | | 0.97 | 138.89 |
| 02/14 | W502 | POSTAGE CHARG | 3573 | | | 0.41 | 138.48 |
| 02/14 | W502 | POSTAGE CHARG | 3573 | | | 0.41 | 138.07 |
| 02/20 | W502 | POSTAGE CHARG | 3631 | | | 0.41 | 137.66 |
| 02/21 | W502 | POSTAGE CHARG | 3669 | | | 0.41 | 137.25 |
| 02/28 | W502 | POSTAGE CHARG | 3771 | | | 0.97 | 136.28 |
| 03/03* | FC04 | DRAW-FAC 4 | 3825 C-2 | | | 37.00 | 99.28 |
| 03/05 | W512 | LEGAL POSTAGE | 3868 | | | 1.14 | 98.14 |
| 03/05 | W512 | LEGAL POSTAGE | 3868 | | | 0.58 | 97.56 |
| 03/05 | W516 | LEGAL COPY CH | 3871 | | | 0.90 | 96.66 |
| 03/05 | W502 | POSTAGE CHARG | 3874 | | | 0.97 | 95.69 |
| 03/06 | W512 | LEGAL POSTAGE | 3906 | | | 1.31 | 94.38 |
| 03/06 | W512 | LEGAL POSTAGE | 3906 | | | 4.60 | 89.78 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
                               PELICAN BAY STATE PRISON
                               INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCT:   K78581        ACCT NAME: MANRIQUEZ, DANIEL              ACCT TYPE: I
        TRAN
DATE    CODE  DESCRIPTION      COMMENT    CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE
-----   ----  --------------   ---------  ---------    --------   -----------    -------
03/06   W502  POSTAGE CHARG    3920                                     0.41       89.37
03/06   W502  POSTAGE CHARG    3920                                     0.41       88.96
03/13   W502  POSTAGE CHARG    4027                                     0.41       88.55
03/13   W512  LEGAL POSTAGE    4028                                     0.41       88.14
03/14   W516  LEGAL COPY CH    4032                                    11.60       76.54
03/14   W502  POSTAGE CHARG    4038                                     0.41       76.13
03/14   W502  POSTAGE CHARG    4040                                     0.41       75.72
03/14   W512  LEGAL POSTAGE    4049                                     4.30       71.42
03/14   W512  LEGAL POSTAGE    4049                                     0.58       70.84
03/19   W502  POSTAGE CHARG                                             0.41       70.43
03/19   W512  LEGAL POSTAGE    4101                                     0.41       70.02
03/24*  W512  LEGAL POSTAGE    4155                                     0.41       69.61
03/24   W502  POSTAGE CHARG    4157                                     0.41       69.20
03/24   W502  POSTAGE CHARG    4157                                     0.41       68.79
03/25   W516  LEGAL COPY CH    4165                                     1.09       67.70
03/25   W512  LEGAL POSTAGE    4173                                     0.41       67.29
03/25   W512  LEGAL POSTAGE    4173                                     0.41       66.88
03/25   W512  LEGAL POSTAGE    4173                                     0.41       66.47
03/25   W512  LEGAL POSTAGE    4173                                     0.41       66.06
03/25   W502  POSTAGE CHARG    4179                                     0.41       65.65
03/25   W502  POSTAGE CHARG    4179                                     0.41       65.24
03/25   W502  POSTAGE CHARG    4179                                     0.41       64.83
03/27   W502  POSTAGE CHARG    4207                                     0.41       64.42
03/27   W502  POSTAGE CHARG    4207                                     0.97       63.45
04/02   FC04  DRAW-FAC 4       4271       C-2                          32.80       30.65
04/08   W502  POSTAGE CHARG    4434                                     0.41       30.24
04/11   D300  CASH DEPOSIT     4461       #197          50.00                      80.24


                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/21/97                                   CASE NUMBER: BA109306
COUNTY CODE: LA                                            FINE AMOUNT: $     200.00

    DATE         TRANS.    DESCRIPTION                    TRANS. AMT.     BALANCE
  --------       ------    -----------------------        -----------     -------

  10/01/2007     BEGINNING BALANCE                                           0.00

  01/30/08       DR39      REV REST DED-EFT DEPOSIT          50.00          50.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                          PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCT: K78581          ACCT NAME: MANRIQUEZ, DANIEL             ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/21/97                          CASE NUMBER: BA109306
COUNTY CODE: LA                                   FINE AMOUNT: $      200.00

   DATE       TRANS.    DESCRIPTION                  TRANS. AMT.      BALANCE
 --------     ------    -----------------------      -----------      --------
 02/08/08     DR34      REST DED-EFT DEPOSIT              50.00-         0.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT       HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
 -----------  ------------  -------------  -----------  -----------  --------------
       0.00        393.17         312.93        80.24         0.00           0.00
```

|  | CURRENT AVAILABLE BALANCE |
|---|---|
|  | 80.24 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE